10-CV-05908-ORD

Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS<br><br>Plaintiffs,<br><br>v.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., d/b/a NOEL JOHANNA, INC. a Delaware Corporation;<br><br>Defendant. | NO. 3:10-cv-5908 RJB<br><br>STIPULATED MOTION TO FILE AMENDED COMPLAINT<br><br>**Noted For Consideration:**<br><br>**April 28, 2011** |

### I.   STIPULATED MOTION

COME NOW the parties in the above captioned action and hereby move the Court in the above entitled action to grant the parties stipulated motion to file the attached Amended Complaint for Damages and Wrongful Death. The purpose of the amendment is to add John Ross, Cathleen Delia Ross's father, as a plaintiff, and to add William Sears, M.D. and Sears Family Pediatrics as Defendants. Discovery has revealed that Dr. Sears was involved in the development, design, and promotion of the "Nojo – The Original Baby Sling" and may also responsible for Cathleen Delia Ross's death.

DATED this 15th day of April, 2011.

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 1
(3:10-cv-5908 RJB)

| | |
|---|---|
| CONNELLY LAW OFFICES | BETTS, PATTERSON, & MINES, P.S. |
| By /s/ Micah R. LeBank | By /s/ Morgan E. Smith |
| John R. Connelly, Jr., WSBA # 12183 | Christopher W. Tompkins, WSBA #11686 |
| Micah R. LeBank, WSBA # 38047 | Morgan Emmerton Smith, WSBA #37954 |
| 2301 North 30th Street | 701 Pike Street, Suite 1400 |
| Tacoma, WA 98403 | Seattle, Washington 98101-3927 |
| Telephone: (253) 593-5100 | Telephone: (206) 268-8644 |
| Facsimile: (253) 593-0380 | Facsimile: (206)343-7053 |
| E-mail: jconnelly@connelly-law.com | E-mail: ctompkins@bpmlaw.com |
| E-mail: mlebank@connelly-law.com | E-mail: msmith@bpmlaw.com |
| Attorneys for Plaintiffs | Attorney for Defendants |

## II. ORDER

THIS MATTER, having come before the Court on the parties Stipulated Motion to File Amended Complaint for Damages and Wrongful Death and the Court having reviewed the records and files herein, the parties Stipulated Motion to File Amended Complaint for Damages and Wrongful Death is hereby GRANTED.

DATED and this 28 day of April, 2011.

_____
The Honorable Robert J. Bryan
UNITED STATES DISTRICT JUDGE

Presented by:
CONNELLY LAW OFFICES


By   /s/ Micah R. LeBank
   John R. Connelly, Jr., WSBA No. 12183
   Micah R. LeBank, WSBA No. 38047
   2301 North 30th Street
   Tacoma, WA 98403
   Phone: (253) 593-5100
   E-mail: jconnelly@connelly-law.com
   E-mail: mlebank@connelly-law.com
   Attorneys for Plaintiffs

STIPULATED MOTION TO FILE AMENDED COMPLAINT - 2
(3:10-cv-5908 RJB)