Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS, and JOHN ROSS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., d/b/a/ NOEL JOANNA, INC., a Delaware Corporation; WILLIAM SEARS, M.D. d/b/a SEARS PEDIATRICS AND FAMILY MEDICINE, INC., a California corporation,<br><br>Defendants. | NO. 3:10-cv-05908-RJB<br><br>STIPULATION TO ADJUST PRETRIAL DEADLINES<br><br>NOTED FOR CONSIDERATION: JANUARY 13, 2012 |

The parties hereby stipulate to adjust pre-trial deadlines as set forth below, subject to the Court's approval of the proposed new deadlines:

1. This matter is set for trial on June 4, 2012. The current date to complete discovery is February 6, 2012. The current date for filing dispositive motions is March 6, 2012. The parties exchanged expert disclosures pursuant to FRCP 26(a)(2) on December 12, 2011.

STIPULATION TO ADJUST PRETRIAL DEADLINES
NO. 3:10-cv-05908-RJB
518930/011712 1258/55910094

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

2. Due to the intervening Holidays, and the schedules of counsel, the parties cannot complete discovery by February 6, 2012. The parties wish to continue deposition discovery through February 29, 2012. As expert discovery will continue beyond February 6, 2012, the parties wish to adjust the deadline for filing dispositive motions to March 12, 2012.

3. The parties do not believe these adjustments should require a change in the trial date, and request the Court to approve the proposed adjustments pursuant to CR 16(f) and (g).

4. In summary, the parties request that the deadline for the completion of discovery be extended through February 29, 2012, and that the deadline for filing dispositive motions be extended to March 12, 2012.

DATED this 13th day of January, 2012.

| CONNELLY LAW OFFICES | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By _s/ Micah R. LeBank_<br>Micah R. LeBank, WSBA #38047<br>Attorneys for Plaintiffs | By _s/ Christopher W. Tompkins_<br>Christopher W. Tompkins, WSBA #11686<br>Attorneys for Defendants |

STIPULATION TO ADJUST PRETRIAL DEADLINES
NO. 3:10-cv-05908-RJB
518930/011712 1258/55910094

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadline for the completion of discovery is extended through February 29, 2012, and that the deadline for filing dispositive motions is extended to March 12, 2012. All other dates in the current scheduling order shall remain unchanged.

DATED this 17th day of January, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

By *s/ Christopher W. Tompkins*
Christopher W. Tompkins, WSBA #11686
Attorneys for Defendants

Approved as to form; Notice
of Presentation waived:

CONNELLY LAW OFFICES

By *s/ Micah R. LeBank*
Micah R. LeBank, WSBA #38047
Attorneys for Plaintiffs

STIPULATION TO ADJUST PRETRIAL DEADLINES
NO. 3:10-cv-05908-RJB
518930/011712 1258/55910094

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988