UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS and JOHN ROSS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., a Delaware Corporation; *et. al.*<br><br>Defendants. | NO.  3:10−cv−05908−RJB<br><br>STIPULATION TO ADJUST PRETRIAL DEADLINES<br><br>NOTED FOR CONSIDERATION: MAY 9, 2012 |

On April 27, 2012, the Court entered an order re-setting the trial date in this matter for June 25, 2012. Ct. Docket No. 68. In that Order the Court also re-set the pre-trial conference for June 15, 2012 at 8:30 a.m. The Court did not re-set any of the other dates currently set on the case scheduling order. Pursuant to the current case scheduling order [Ct. Docket No. 10] the pre-trial order is to be filed on May 18, 2012, and trial briefs, proposed *voir dire*, and jury instructions are to be filed on May 25, 2012.

The Parties engaged in a pre-trial conference on May 7, 2012 in order to discuss motions *in limine*. The parties have also set a second mediation to occur on Tuesday May 15,

STIPULATION AND ORDER TO
ADJUST PRE-TRIAL DEADLINES - 1
(3:10-cv-5908 RJB)

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

2012. Due to the additional mediation and the change in the trial date, the parties request that the Court amend the current deadlines so that the pre-trial order is due on June 8, 2012, together with any objections or responses to the exhibits, and trial briefs, proposed *voir dire* and jury instructions are due on June 15, 2012.

DATED this 9th day of May, 2012.

| CONNELLY LAW OFFICES | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By *s/ Micah R. LeBank* | By *s/ Christopher W. Tompkins* |
| Micah R. LeBank, WSBA #38047 | Christopher W. Tompkins, WSBA #11686 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

STIPULATION AND ORDER TO
ADJUST PRE-TRIAL DEADLINES - 2
(3:10-cv-5908 RJB)

CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadline for filing the pre-trial order together with any objections or responses to the exhibits is now June 8, 2012 and trial briefs, proposed *voir dire* and jury instructions are due on June 15, 2012.

DATED this _____ day of _____, 2012.

_____
Honorable Robert J. Bryan

Presented by:

CONNELLY LAW OFFICES


By _s/ Micah R. LeBank_____
    Micah R. LeBank, WSBA #38047
Attorneys for Plaintiffs


Approved as to form; Notice
of Presentation waived:

BETTS, PATTERSON & MINES, P.S.


By _s/ Christopher W. Tompkins_____
    Christopher W. Tompkins, WSBA #11686
Attorneys for Defendants

7

STIPULATION AND ORDER TO
ADJUST PRE-TRIAL DEADLINES - 3
(3:10-cv-5908 RJB)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax