1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS and JOHN ROSS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., a Delaware Corporation; WILLIAM SEARS, M.D. d/b/a SEARS PEDIATRICS AND FAMILY MEDICINE, INC., a California Corporation,<br><br>Defendants. | NO. 3:10−cv−05908−RJB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. A formal Stipulation and Order of Dismissal will follow.

Dated this 17th day of May, 2012.

///

//

NOTICE OF SETTLEMENT - 1
(3:10-cv-5908 RJB)

CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                CONNELLY LAW OFFICES

       By  /s/Micah R. LeBank
            John R. Connelly, Jr., WSBA No. 12183
            jconnelly@connelly-law.com
            Micah R. LeBank, WSBA No. 38047
            mlebank@connelly-law.com
            Attorneys for Plaintiffs
            2301 North 30th Street
            Tacoma, WA 98403

NOTICE OF SETTLEMENT - 2
(3:10-cv-5908 RJB)

CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

# CERTIFICATE OF SERVICE

I, MICAH R. LEBANK, hereby certify that on the 17th Day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC System which will send notification of such filing to the following participants:

Christopher W. Tompkins
S. Karen Bamberger
Yvonne M. Benson
Attorney's for Defendants
Betts Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
E-Mail: ybenson@bpmlaw.com
E-Mail: cthompson@bpmlaw.com

/s/  Micah R. LeBank
Micah R. LeBank, WSBA #38047

NOTICE OF SETTLEMENT - 3
(3:10-cv-5908 RJB)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax