UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS, and JOHN ROSS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., a Delaware Corporation; WILLIAM SEARS, M.D. d/b/a SEARS PEDIATRICS AND FAMILY MEDICINE, INC., a California Corporation,<br><br>Defendants. | CASE NO. C10-05908RJB<br><br>ORDER |

This matter comes before the court on defendants' Motion to Maintain Confidentiality of Settlement Amount (Dkt. 80). Plaintiffs apparently agree with the motion. The court does not, for the following reasons:

1. Defendants cite to RCW 4.24.611, and allege that it does not apply to the amount of the settlement reached, or to the negotiations leading up to the settlement – the only parts of the

ORDER- 1

settlement agreements the parties wish to keep confidential.  If the parties believe the statute does not apply, there is no reason for the court to address it.

2.  No evidentiary showing is made in support of RCW 4.24.611(4)(b), that is, that enforcement by the court of the confidentiality provision in the parties' settlement agreement is in the public interest.

3.  While state law may govern this diversity case on substantive matters, federal law governs the case on procedural matters.  RCW 4.24.611 appears to the court to be procedural.  No federal law is cited in support of the motion.

4.  The parties are free to enter into any confidentiality agreement that they believe is proper under the law without court approval.  This public court has not participated in the settlement process and should decline to participate in that process now.

Therefore, it is now ORDERED that

The Motion to Maintain Confidentiality of Settlement Amount (Dkt. 80) is hereby DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of June, 2012.

                                    *Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER- 2