UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN HENEGHAN, individually, and as Personal Representative of the Estate of CATHLEEN DELIA ROSS, and JOHN ROSS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN CRAFTS INFANT PRODUCTS, INC., a Delaware Corporation; WILLIAM SEARS, M.D. d/b/a SEARS PEDIATRICS AND FAMILY MEDICINE, INC., a California Corporation,<br><br>Defendants. | CASE NO. C10-05908RJB<br><br>ORDER OF DISMISSAL |

This matter comes before the court on review of the file.

On May 17, 2012, the parties filed a Notice of Settlement, indicating that the case has been entirely settled (Dkt. 79). The Notice of Settlement indicated that, "A formal stipulation and order of dismissal will follow."

ORDER OF DISMISSAL- 1

1  On May 18, 2012, in accord with the court's ordinary practice, the clerk set a deadline for
2  submittal of settlement papers for June 1, 2012. In spite of urging by the Clerk's Office, counsel
3  has not yet filed proposed settlement papers. It appears to the court that this matter has been
4  settled and should be DISMISSED.

5  Therefore, it is now

6  ORDERED that this case is DISMISSED WITH PREJUDICE.

7  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
8  to any party appearing *pro se* at said party's last known address.

9  Dated this 16th day of July, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL- 2